# IN THE DISTRICT COURT OF THE UNITED STATES

## for the Western District of New York

**20 CR 89 -V**

OCTOBER 2019 GRAND JURY
(Impaneled 10/18/2019)

THE UNITED STATES OF AMERICA

**INDICTMENT**

-vs-

**Violation:**
Title 21, United States Code,
Section 846
(1 Count and 1 Forfeiture Allegation)

**ROBERT FIELS,**
**SAYED AHMAD,**

and

**FRANK VACANTI**

ORIGINAL
RECEIVED AND FILED
UNITED STATES DISTRICT COURT CLERK
WESTERN DISTRICT OF NEW YORK

JUN 2 5 2020

BY: _____

## COUNT 1

**(Conspiracy to Distribute Marijuana)**

**The Grand Jury Charges That:**

Beginning in or about January 2017 and continuing to in or about February 2020, the exact dates being unknown to the Grand Jury, in the Western District of New York, and elsewhere, the defendants, **ROBERT FIELS, SAYED AHMAD,** and **FRANK VACANTI**, did knowingly, willfully, and unlawfully combine, conspire, and agree together and with others, known and unknown to the Grand Jury, to commit the following offenses, that is, to possess with intent to distribute, and to distribute, 1000 kilograms or more of a mixture and substance containing marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(A).

**All in violation of Title 21, United States Code, Section 846.**

## FIRST FORFEITURE ALLEGATION

### The Grand Jury Alleges That:

Upon conviction of the controlled substance offense alleged in Count 1 of the Indictment, the defendant, **ROBERT FIELS**, shall forfeit to the United States pursuant Title 21, United States Code, Sections 853(a)(1) and (a)(2), any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation, and any and all property, and interest therein, constituting and/or derived from any proceeds obtained, directly or indirectly, as a result of the violation, including, but not limited to the following:

### A. MONETARY AMOUNT

The sum of one hundred and fifty thousand United States Currency ($150,000), which amount represents the gross proceeds that **ROBERT FIELS** obtained, directly or indirectly, as a result of the offense described in Count 1 of this Indictment. In the event that sum is not available, then a money judgment for the same amount, which amount represents the total amount of proceeds that were obtained, directly or indirectly, as a result of the offense described in Count 1 will be entered against the defendant.

If the property described above, as a result of any act or omission of the defendant:

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with, a third person;

    (3) has been placed beyond the jurisdiction of the Court;

    (4) has been substantially diminished in value; or

    (5) has been commingled with other property which cannot be divided without difficulty;

.
.

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

**All pursuant to Title 21, United States Code, Sections 853(a)(1) and (a)(2) and 853(p).**

DATED: Buffalo, New York, June 25, 2020.

                                          JAMES P. KENNEDY, JR.
                                        United States Attorney

BY:   S/JUSTIN G. BISH
        Assistant United States Attorney
        United States Attorney's Office
        Western District of New York
        138 Delaware Avenue
        Buffalo, New York 14202
        716/843-5822
        Justin.Bish@usdoj.gov

A TRUE BILL:

S/FOREPERSON